**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ramon Soto, et al.
                    Plaintiff,

v.                                                        Case No.: 1:25−cv−00405
                                                          Honorable Andrea R. Wood

PIM Brands, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 5/27/2025 is stricken. Written ruling on motion for fees and costs [13] to follow by separate order along with a responsive pleading date. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.