# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLENE MORRIS and RAMON SOTO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>PIM BRANDS, INC.,<br><br>    Defendant. | Case No.: 1:25-cv-00405<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Jeannice W. Appenteng |

## MOTION TO WITHDRAW APPEARANCE OF HEATHER M. DONATO

Defendant PIM Brands, Inc. ("PIM"), pursuant to Local Rule 83.17, respectfully requests that this Court withdraw the appearance of Heather M. Donato as counsel in the above-captioned matter. In support of its Motion, PIM states as follows:

1. Winston & Strawn attorneys Amanda L. Groves, Sean H. Suber, Heather M. Donato, and Tyree M. Petty-Williams are currently counsel of record for Defendant PIM Brands, Inc.

2. Ms. Donato filed her pro hac vice motion on January 27, 2025 (Dkt. 11).

3. Her pro hac vice motion was granted on January 29, 2025 (Dkt. 18).

4. Ms. Donato will be leaving Winston & Strawn effective October 16, 2025. Accordingly, Ms. Donato does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

5. Attorneys Amanda L. Groves, Sean H. Suber and Tyree M. Petty-Williams will continue to act as counsel for Defendant in this matter.

6. No party will be prejudiced if Ms. Donato is permitted to withdraw her appearance

in this matter.

WHEREFORE, for the foregoing reasons, Defendant requests that the Court issue an order permitting Ms. Donato to withdraw as counsel for the Defendant and remove her from all service lists as counsel for Defendant.

Dated: October 16, 2025     Respectfully submitted,

By:    */s/ Sean H. Suber*
        Sean H. Suber
        Tyree Petty-Williams
        WINSTON & STRAWN LLP
        35 W. Wacker Dr.
        Chicago, IL 60601-9703
        (312) 558-5600
        SSuber@winston.com
        TPettyWilliams@winston.com

        Amanda L. Groves
        WINSTON & STRAWN LLP
        333 South Grand Avenue
        38th Floor
        Los Angeles, CA 90071-1543
        (216) 615-1700
        AGroves@winston.com

        Heather M. Donato
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, NY 10166
        (212) 294-6700
        HDonato@winston.com

        *Counsel for Defendant PIM Brands, Inc.*

## CERTIFICATE OF SERVICE

Sean Suber, attorney for Defendant, certifies that on this 16th of October, 2025, I caused the attached copy of **Motion to Withdraw Appearance of Heather M. Donato** to be served on the following persons by ECF:

Jeffrey I. Carton (*pro hac vice*)
Catherine H. Friesen (*pro hac vice*)
**Denlea & Carton LLP**
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
jcarton@denleacarton.com
cfriesen@denleacarton.com
(914) 331-0100

Elizabeth A. Fegan
**Fegan Scott LLC**
150 S. Wacker Dr.,
24th Floor
Chicago, IL 60606
beth@feganscott.com
(312) 741-1019

*Attorneys for Plaintiffs Charlene Morris and Ramon Soto*

/s/ *Sean H. Suber*
*Attorney for Defendant*