# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ramon Soto, et al.
      Plaintiff,

v.                 Case No.: 1:25−cv−00405
                Honorable Andrea R. Wood

PIM Brands, Inc.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

  MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/22/2025. Defendant shall file a reply in support of their petition for attorney's costs and fees [34] by 11/5/2025. For the reasons stated on the record, the Court lifts the stay in this matter. Defendant shall answer or otherwise respond to the complaint by 11/19/2025. Defendant anticipates filing a motion to dismiss and is granted leave to file a brief in support of their motion of up to 25 pages. Motion by counsel to withdraw appearance [36] is granted. Attorney Heather M. Donato is terminated as counsel of record. Telephonic status hearing set for 11/25/2025 at 11:15 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.