**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLENE MORRIS and RAMON SOTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PIM BRANDS, INC.,<br><br>*Defendant*. | Case No.: 1:25-cv-00405<br><br>Hon. Andrea R. Wood<br>Hon. Magistrate Judge Jeannice W. Appenteng |

**Motion to Withdraw**

Defendant PIM Brands, Inc. ("PIM"), pursuant to Local Rule 83.17, respectfully requests that the Court grant leave for Sean Suber to withdraw as counsel in the above-captioned matter. In support of this motion, PIM states as follows.

1. Sean Suber has left Winston Taylor LLP effective September 15, 2026, and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

2. Attorneys from Winston Taylor LLP are currently continuing to represent PIM.

3. No party will be prejudiced if Mr. Suber is permitted to withdraw his appearance in this matter.

WHEREFORE, PIM respectfully moves this Court to grant leave for Mr. Suber to withdraw and to remove him from all service lists as counsel for Defendant PIM Brands, Inc.

Dated: October 5, 2026
Chicago, Illinois

Respectfully submitted,

By: */s/Tyree Petty-Williams*
Tyree Petty-Williams
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, Illinois 60654
Tel.: (312) 558-5600
Fax: (312) 558-5700
tyree.pettywilliams@winstontaylor.com

Amanda L. Groves*
Katelyn Taira*
**WINSTON TAYLOR LLP**
333 S. Grand Ave.
38th Floor
Los Angeles, CA 90071
(216) 615-1700
amanda.groves@winstontaylor.com
katelyn.taira@winstontaylor.com

*Counsel for Defendant PIM Brands, Inc.*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I served the foregoing via e-mail to the following attorneys of record:

Elizabeth A. Fegan
Megan E. Shannon
**Fegan Scott LLP**
150 S. Wacker Dr.
24th Floor
Chicago, IL 60606
beth@feganscott.com
megan@feganscott.com
(312) 741-1019

*Attorneys for Plaintiffs Charlene Morris and Ramon Soto*

*/s/ Tyree Petty-Williams*
Tyree Petty-Williams

*An Attorney for Defendant PIM Brands, Inc.*